# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CONTIN-U-CARE OUTREACH
SERVICES, INC. AND LINDA
MAGEE

VERSUS

THE LOUISIANA DEPARTMENT OF
HEALTH AND INTERIM SECRETARY
STEPHEN RUSSO

NO.   2021 CW 0278

**JUNE 7, 2021**

---

In Re:   Louisiana Department of Health and Interim Secretary Stephen Russo, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 694765.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED IN PART; WRIT DENIED IN PART.** The Louisiana Department of Health is exempt from paying costs in this matter. La. R.S. 40:31. We, therefore, reverse the portions of the district court's January 7, 2021 judgment that assessed costs to defendants. The writ is denied in all other respects.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT